Deena Younan, (SBN 218537)
Law Office of Deena Younan
1514 18th Street, #102
Santa Monica, CA 90404
Tel: (310) 699-3273
Deenayounan.esq@gmail.com

Attorney for the Plaintiff,
Benjamin Younan

FILED
CLERK, U.S. DISTRICT COURT
AUG - 7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

IN THE UNITED STATES DISCTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN YOUNAN, | Case No.: 2;19-cv-02006-SVW-RAO |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER FOR REMAND |
| HOME DEPOT U.S.A., INC., AND L.J. ROOFING, INC. | JUDGE: The Hon. Stephen Wilson |
| Defendant | |
| -------------------------------- | |
| HOME DEPOT U.S.A., INC | |
| Cross-Complainant | |
| vs. | |
| BENJAMIN YOUNAN; L.J. ROOFING, INC., AND Roes 1 through 20 | |
| Cross-Defendant | |

1

PROPOSED ORDER TO REMAND

Having considered the stipulation of the parties to Remand.

**IT IS HEREBY ORDERED THAT**: Based on the written stipulation of the parties and good cause appearing in support thereof, this matter is Remanded to the Superior Court of California.

IT IS SO ORDERED

Dated: 8/7/19

United States District Judge